# Court of Appeals
# of the State of Georgia

ATLANTA,  November 02, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0445. TATYANA ELLIS et al v. ADELE GRUBBS.

Tatyana and Troy Ellis filed a petition for a writ of mandamus in Cobb County Superior Court, which they amended several times. The Ellises sought a mandamus order (1) compelling Senior Judge Adele Grubbs to physically file a motion in limine order in one of two cases the Ellises filed against Tatyana's former husband, Kenneth Seaver, and (2) impeaching Grubbs. The trial court dismissed the Ellises' claims, specifically declaring that it had no power of impeachment under the Georgia Constitution. The Ellises appealed this ruling. Although they filed their appeal in this Court, the Ellises have moved to transfer the appeal to the Georgia Supreme Court based on that Court's jurisdiction over constitutional questions. Specifically, the Ellises argue that Grubbs raised and "[t]he trial court issued a constitutional ruling that the trial court lacks jurisdiction to remove Judge Grubbs pursuant to Ga. Const. Art. III, § VII, Para. I."

The Supreme Court of Georgia "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)). In light of the trial court's ruling that it is prohibited by the Constitution from impeaching Grubbs, the trial court's ruling appears to be "a distinct ruling on the constitutional issues[.]" *Rouse v. Dept. of Natural Resources*, 271 Ga. 726, 728 (1) (524 SE2d 455) (1999); see also *Hancock County v. Williams*, 230 Ga. 723, 724 (1) (198 SE2d 659) (1973). Thus, this case

appears to fall within the Supreme Court's exclusive subject-matter jurisdiction. We further note that the Supreme Court has "the ultimate responsibility for construing the constitutional provisions regarding appellate jurisdiction[.]" *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996). Accordingly, the Ellises' motion to transfer is GRANTED, and this appeal is hereby TRANSFERRED to the Supreme Court for disposition. The Ellises' emergency motion to expedite this appeal is hereby deemed MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   11/02/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*